


```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) | S.W. NO. 10SW 0435 EFB |
|---|---|---|
| A 2003 GMC MPV, full-size truck 4X4, black with California license plate number 6KRK580 | ) ) ) ) ) ) ) ) ) | ORDER RE: REQUEST TO SEAL DOCUMENTS |

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: October 5, 2010

                                                  EDMUND F. BRENNAN
                                                United States Magistrate Judge