1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:      (916) 554-2709
   Facsimile:      (916) 554-2900

**FILED**

OCT 2 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 10-SW-0435-EFB
                                    )
12                                  )
                                    )
13 2003 GMC MPV, FULL SIZE TRUCK    )  ORDER CONCERNING GOVERNMENT'S
   4X4, BLACK WITH CALIFORNIA       )  EX PARTE MOTION TO PARTIALLY
   LICENSE PLATE NUMBER 6KRK580     )  UNSEAL SEARCH WARRANT,
14                                  )  APPLICATION FOR SEARCH WARRANT,
                                    )  AND ACCOMPANYING AFFIDAVITS
15 _____

     Upon application of the United States of America and good cause having been shown,

     IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are hereby UNSEALED with the exception that Attachment B-1 shall remain under seal.

Date:  10/25/10

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

1   ORDER CONCERNING GOVERNMENT'S EX PARTE
    MOTION TO PARTIALLY UNSEAL SEARCH WARRANT,
    APPLICATION FOR SEARCH WARRANT, AND
    ACCOMPANYING AFFIDAVITS [IN THE MATTER OF
    THE SEARCH OF: 2003 GMC MPV, S.W. NO. 10-SW-
    0435-EFB]